NOTE DATE: JULY 17, 2006
NOTE AMOUNT: $34,800.00

# ALLONGE

### PAY TO THE ORDER OF

HOMEVEST CAPITAL, LLC

---

**WITHOUT RECOURSE
OWNIT MORTGAGE SOLUTIONS, INC.
A CALIFORNIA CORPORATION**

BY: _____

Christal Brunson, Lead Closer

NAME: STEPHEN SHOEMAKE
ACCOUNT:

MIN:                                                          Loan Number:

# NOTE

JULY 17, 2006                 ALPHARETTA            GEORGIA
   Date                          City                  State

1728 AUBURN LANE, COLUMBIA, TENNESSEE 38401
Property Address            City            State         Zip Code

**1. BORROWER'S PROMISE TO PAY**
In return for a loan that I have received, I promise to pay U.S. $34,800.00          (this amount will
be called "principal"), plus interest, to the order of the Lender. The Lender is OWNIT MORTGAGE
SOLUTIONS, INC., A CALIFORNIA CORPORATION
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who
is entitled to receive payments under this Note will be called the "Note Holder."

**2. INTEREST**
I will pay interest at a yearly rate of      9.250 %.
Interest will be charged on unpaid principal until the full amount of principal has been paid.

**3. PAYMENTS**
I will pay principal and interest by making payments each month of U.S. $286.29.
I will make my payments on the 1st day of each month beginning on SEPTEMBER 1, 2006.
I will make these payments every month until I have paid all of the principal and interest and any other charges,
described below, that I may owe under this Note. If, on AUGUST 1, 2036           , I still owe amounts
under this Note, I will pay all those amounts, in full, on that date.
I will make my monthly payments at P.O. BOX 4387, HOUSTON, TEXAS
77210-4387
                                              or at a different place if required by the Note Holder.

**4. BORROWER'S FAILURE TO PAY AS REQUIRED**
(A) Late Charge for Overdue Payments
If the Note Holder has not received the full amount of any of my monthly payments by the end of 10
calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be
    5.000 % of my overdue payment, but not less than U.S. $10.00          and not more than
U.S. $N/A           . I will pay this late charge only once on any late payment.
(B) Notice From Note Holder
If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice
telling me that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 10
days after the date on which the notice is mailed to me or, if it is not mailed, 10 days after the date on which it is
delivered to me.
(C) Default
If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default.
If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been
paid and all the interest that I owe on that amount.

TENNESSEE-SECOND MORTGAGE-1/60                                      DocMagic eForms 800-649-1362
3043                         Page 1 of 3                            www.docmagic.com



Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(D) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 5. THIS NOTE SECURED BY A DEED OF TRUST

In addition to the protections given to the Note Holder under this Note, a Deed of Trust, dated JULY 17, 2006         , protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Deed of Trust describes how and under what conditions I may be required to make immediate payment in full of all amounts that I owe under this Note.

\*\* See attached Prepayment
## 6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE   Note Addendum.

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment." A prepayment of only part of the unpaid principal is known as a "partial prepayment."

I may make a full prepayment or a partial prepayment without paying any penalty. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of my monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require me to make the prepayment on the same day that one of my monthly payments is due. The Note Holder may also require that the amount of my partial prepayment be equal to the amount of principal that would have been part of my next one or more monthly payments.

## 7. BORROWER'S WAIVERS

I waive my rights to require the Note Holder to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as a "protest"). Anyone else who agrees to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep my promises under this Note, or who signs this Note to transfer it to someone else also waives these rights. These persons are known as "guarantors, sureties and endorsers."

## 8. GIVING OF NOTICES

Any notice that must be given to me under this Note will be given by delivering it or by mailing it by certified mail addressed to me at the Property Address above. A notice will be delivered or mailed to me at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by certified mail to the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address if I am given a notice of that different address

## 9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each of us is fully and personally obligated to pay the full amount owed and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to do these things. The Note Holder may enforce its rights under this Note against each of us individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note. Any person who takes over my rights or obligations under this Note will have all of my rights and must keep all of my promises made in this Note. Any person who takes over the rights or obligations of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the promises made in this Note.

TENNESSEE-SECOND MORTGAGE-1/80
3943         Page 2 of 3         DocMagic eForms 800-649-1362
www.docmagic.com



Case 1:11-bk-11900   Claim 16-1   Filed 03/22/12   Desc Main Document   Page 19 of 23
Case 1:19-ap-90051   Doc 10-1   Filed 06/06/19   Entered 06/06/19 16:40:34   Desc Exhibit   Page 3 of 7

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
STEPHEN SHOEMAKE            -Borrower

_____ (Seal)
MARYDIANN SHOEMAKE          -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

*[Sign Original Only]*

TENNESSEE-SECOND MORTGAGE-1/80
3843                        Page 3 of 3         DocMagic eForms 800-649-1362
                                                www.docmagic.com

PAY TO THE ORDER OF

WITHOUT RECOURSE
OWNIT MORTGAGE SOLUTIONS, INC.
A CALIFORNIA CORPORATION

BY: _____
Christal Brunson, Lead Closer

# PREPAYMENT ADDENDUM TO NOTE

Loan Number:

Date: JULY 17, 2006

Borrower(s): STEPHEN SHOEMAKE, MARYDIANN SHOEMAKE

THIS PREPAYMENT ADDENDUM TO NOTE (the "Addendum") is made this 17th day of JULY, 2006 , and is incorporated into and shall be deemed to amend and supplement that certain promissory note (the "Note") made by the undersigned ("Borrower") in favor of OWNIT MORTGAGE SOLUTIONS, INC., A CALIFORNIA CORPORATION

("Lender") and dated the same date as this Addendum. Repayment of the Note is secured by a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") given by Borrower in favor of Lender and dated the same date as this Addendum. To the extent that the provisions of this Addendum are inconsistent with the provisions of the Note, the provisions of this Addendum shall supersede the inconsistent provisions of the Note.

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Note, Borrower and Lender further covenant and agree as follows:

Section 6 of the Note is amended to read in its entirety as follows:

### 6. BORROWER'S RIGHT TO PREPAY; PREPAYMENT CHARGE

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.

If the Note contains provisions for a variable interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase. If this Note provides for a variable interest rate or finance charge, and the interest rate or finance charge at any time exceeds the legal limit under which a Prepayment penalty is allowed, then the Note Holder's right to assess a Prepayment penalty will be determined under applicable law.

If within TWENTY-FOUR ( 24 ) months from the date the Security Instrument is executed I make a full Prepayment or one or more partial Prepayments, and the total of all such Prepayments in any 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan, I will pay a Prepayment charge in an amount equal to SIX ( 6 ) months' advance interest on the amount by which the total of my Prepayments within any 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan.

MULTISTATE PREPAYMENT ADDENDUM TO NOTE
6/03
Page 1 of 2



BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this Addendum.

_Stephen Shoemake_ 7/17/06   _Marydiann Shoemake_ 7/17/06
Borrower STEPHEN SHOEMAKE    Date    Borrower MARYDIANN SHOEMAKE    Date

_____  _____    _____  _____
Borrower                Date      Borrower                Date

_____  _____    _____  _____
Borrower                Date      Borrower                Date

MULTISTATE PREPAYMENT ADDENDUM TO NOTE
8/03                                Page 2 of 2                    DocMagic eForms 800-649-1362
                                                                   www.docmagic.com