*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 6/18/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN RAY SHOEMAKE and DIANN MITCHELL SHOEMAKE,<br><br>    Debtors. | Case No. 1:18-bk-01283<br>Chapter 13<br>Judge Mashburn |
| STEPHEN RAY SHOEMAKE and DIANN MITCHELL SHOEMAKE,<br><br>    Plaintiffs,<br><br>v.<br><br>SN SERVICING CORPORATION and SRP 2012-4, LLC,<br><br>    Defendants. | Adversary No. 1:19-ap-90051 |

## AGREED ORDER SUBSTITUTING COUNSEL

This matter is before the Court on the Motion to Substitute Counsel, filed by Defendants SN Servicing Corporation ("SN") and SRP 2012-4, LLC ("SRP"). The Motion is hereby **GRANTED**. Edward Russell is withdrawn as counsel for SN and SRP, and Bret J. Chaness is substituted as counsel in for these parties in place of Mr. Russell.

### # # #

1

**CONSENTED TO:**

*/s/ Edward D. Russell (by BJC w/ permission)*
EDWARD D. RUSSELL (BPR # 26126)
**The SR Law Group**
P.O. Box 128
Mount Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

*/s/Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 1:19-ap-90051    Doc 13    Filed 06/18/19    Entered 06/18/19 14:28:45    Desc Main
Document      Page 2 of 2