IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN RAY SHOEMAKE and DIANN MITCHELL SHOEMAKE,<br><br>    Debtors. | Case No. 1:18-bk-01283<br>Chapter 13<br>Judge Mashburn |
| STEPHEN RAY SHOEMAKE and DIANN MITCHELL SHOEMAKE,<br><br>    Plaintiffs,<br><br>v.<br><br>SN SERVICING CORPORATION and SRP 2012-4, LLC,<br><br>    Defendants. | Adversary No. 1:19-ap-90051 |

**JOINT EXPEDITED MOTION TO RESET HEARING ON MOTION TO DISMISS**

COME NOW, SN Servicing Corporation ("SN") SRP 2012-4, LLC ("SRP"), and Stephen and Dianne Shoemake (the "Plaintiffs") (collectively, the "Parties"), and hereby file this Joint Expedited Motion to Reset the Hearing on SN and SRP's Motion to Dismiss.

The hearing on the Motion to Dismiss is currently scheduled for July 30, 2019, at 10:00 a.m. in the Nashville division. SN and SRP recently substituted counsel and, and new counsel is working with the Plaintiffs to discuss settlement of the entire case. Thus, the Parties request that the hearing on the Motion to Dismiss be continued for a period of 60 days to allow the Parties time to attempt to negotiate a settlement without further court involvement. Pursuant to LBR 9075-1(b), the Parties state as follows:

1

1. The Parties are requesting that the hearing on SN and SRP's Motion to Dismiss be continued.

2. This matter is urgent, as the hearing is currently scheduled for Tuesday, July 30, 2019.

3. All Parties are on notice of this Motion, as it is being filed jointly.

4. No hearing is required, as an agreed order has been tendered herewith.

5. The continuance is being requested because the Parties are discussing settlement and believe that this matter may be resolved without further court involvement.

WHEREFORE, the Parties hereby request that the hearing on SN and SRP's to Dismiss be reset to a date at least 60 days from now.

Respectfully submitted, this 26th day of July 2019.

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ Keith D. Slocum (by BJC w/ permission)* |
| BRET J. CHANESS (BPR# 31643) | KEITH D. SLOCUM (BPR # 23024) |
| **RUBIN LUBLIN TN, PLLC** | **HARLAN, SLOCUM & QUILLEN** |
| 3145 Avalon Ridge Place, Suite 100 | 39B Public Square |
| Peachtree Corners, GA 30071 | P.O. Box 949 |
| (678) 281-2730 (Telephone) | Columbia, TN 38402 |
| (404) 921-9016 (Facsimile) | (931) 381-0660 (Telephone) |
| bchaness@rubinlublin.com | keith@robertharlan.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on the 26th day of July 2019, the within and foregoing was filed via CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR# 31643)